UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| JEFF W. HAITHCOTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:18-CV-019-PLR-CHS |
| v. ) | |
| ) | |
| OFFICER JORDAN, OFFICER ) | |
| CROW, and OFFICER COOPER, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith:

1. Defendants' motion to dismiss on the ground of qualified immunity [Doc. 37] is **GRANTED**;

2. Plaintiff's motion for default judgment [Doc. 40] is **DENIED**;

3. Defendant Crow is **DISMISSED without prejudice** from this action;

4. This action is **DISMISSED**;

5. Because the Court **CERTIFIED** in the memorandum opinion that any appeal taken from this decision would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24; and

6. The Clerk is **DIRECTED** to close this case.

**SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT**

*/s/ JOHN L. MEDEARIS*
**CLERK OF COURT**